```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11938
   JOSHUA FLORES
   GIZELLE J NORIEGA                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-5173    SSN XXX-XX-0323

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/09/08 .

     2.  The case was dismissed without confirmation, 10/10/2008.

     3.  The Debtor paid a total of $     980.26 .

     4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG        .00           .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE  NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED      NOT FILED           .00            .00
CITIBANK                   UNSECURED      NOT FILED           .00            .00
DUPAGE HEALTH SPECIALIST   UNSECURED      NOT FILED           .00            .00
NAPERVILLE RADIOLOGISTS    UNSECURED      NOT FILED           .00            .00
QUEST DIAGNOSTICS          UNSECURED      NOT FILED           .00            .00
SIGMA HEALTH               UNSECURED      NOT FILED           .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00         .00          .00
PRINCIPAL PAID          .00         .00         .00         .00          .00
INTEREST PAID           .00         .00         .00         .00          .00
TOTAL PAID              .00         .00         .00         .00          .00
The Debtor's attorney, JAY M REESE              , was allowed $   1800.00
and was paid $    326.00  direct and $    928.31  through the plan.

The Trustee received $      51.95 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 01/14/09                    /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 11938 JOSHUA FLORES & GIZELLE J NORIEGA